No. 175. DENVER & RIO GRANDE RAILROAD COMPANY v. JAMES R. BAIRD. Error to the Supreme Court of the State of Utah. Submitted January 22, 1919.

Decided April 14, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, 39 Stat. 726. *Mr. Waldemar Van Cott, Mr. Edward M. Allison, Jr.,* and *Mr. Wm. D. Riter* for plaintiff in error. *Mr. Wm. H. King* for defendant in error.